■ A.J. Temple Marble & Tile, Inc., Respondent, v Union Carbide Marble Care, Inc., et al., Appellants. [625 NYS2d 904] —Order, Supreme Court, New York County (Herman Cahn, J.), entered on or about October 5, 1994, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Asch, Nardelli and Mazzarelli, JJ.